

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**FILED**

Feb 24 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

C23-836 TLT

**February 22, 2023**

Re:     Transmittal of Notice of Appeal to District Court:

In Re: Teran v. Navient Solutions, LLC et al, Bankruptcy Case #20-03075, Judge Dennis Montali

Dear Clerk:

The following documents are electronically transmitted to your court for the above referenced matter:

-Docket Report

-Notice of Appeal and Statement of Election

-Order Denying Stephanie Mazloom's Motion to Intervene and to Dismiss or, in the Alternative, to   Stay This Action Pursuant to the First-To-File Rule

**Filing Fee:**   ☒ Paid $ 298     ☐ Not Paid     ☐ Fee Waived     ☐ Fee Waiver Pending

If you have any questions, please contact me at **(408)278-7563**            .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/Katie Rose*
Katie Rose       Deputy Clerk